UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORMA ESTRELLA ZAVALA,<br><br>Petitioners,<br><br>v.<br><br>LAURA HERMOSILLO, et al.,<br><br>Respondents. | Case No. 2:25-cv-02627-TMC<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXPEDITED BRIEFING SCHEDULE |

Petitioners have filed an unopposed motion for an expedited briefing schedule. Dkt. 2. Having reviewed the motion, the Court GRANTS the motion and ORDERS:

1. Respondents shall file a return to the habeas petition no later than December 23, 2025. The return shall be noted on the Court's motion docket for the due date of the Petitioners' traverse – 1 day after the due date of the Respondents' return. Any arguments that the petition should be dismissed shall be made in the return and not by separate motion. The return shall be filed using the "Response to Habeas Petition" CM/ECF filing event.

ORDER GRANTING UNOPPOSED MOTION FOR EXPEDITED BRIEFING SCHEDULE - 1

2. Any traverse by Petitioners shall be filed no later than December 24, 2025. A traverse filed through CM/ECF shall be filed using the "Reply to Response to Motion" filing event.

3. Respondents shall provide the Petitioners and Petitioners' counsel in this habeas action at least 48 hours' notice (or 72 hours' notice if the period extends into a weekend, holiday, or date the Court is closed) prior to any action to move or transfer any Petitioner from the Western District of Washington or to remove them from the United States.

Dated this 19th day of December, 2025.

Tiffany M. Cartwright
United States District Judge